

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-14-00134-CR

CEDRIC WILLIS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the County Court at Law
Navarro County, Texas
Trial Court No. C34345-CR, Honorable Amanda Doan Putman, Presiding

May 19, 2014

## ON MOTION TO DISMISS

### Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Appellant, Cedric Willis, perfected his appeal from the trial court's judgment of conviction in which he was adjudged guilty of assault, enhanced to a third-degree felony upon a finding of family violence, and sentenced to eight years' imprisonment.[1] Appellant filed his Motion to Dismiss Appeal on May 8, 2014.

Because appellant's motion meets the requirements of Rule 42.2 and because this Court has not delivered its decision prior to having received it, we hereby grant said

---

[1] See TEX. PENAL CODE ANN. § 22.01(b)(2)(A) (West Supp. 2013).

motion and dismiss the appeal. *See* TEX. R. APP. P. 42.2(a). Having dismissed the appeal at appellant's request, the Court will not entertain a motion for rehearing, and our mandate will issue forthwith.

Mackey K. Hancock<br>
Justice

Do not publish.